UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CLEM, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of H.J. HEINZ COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY INC., et al.,<br><br>Defendants,<br><br>– and –<br><br>H.J. HEINZ COMPANY, a Pennsylvania corporation,<br><br>Nominal Party. | Civ. Action No. 2:13-cv-00252-DSC |

## ORDER

AND NOW, this 9th day of April, 2013, having considered plaintiff's unopposed motion for voluntary dismissal pursuant to Fed. R. Civ. P. 23.1 and 41(A)(1), this action is dismissed without prejudice. Each party is to bear its own costs.

BY THE COURT:

_____
David Stewart Cercone
United States District Judge